UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAM PARABIA, RATANSHA PARABIA, and ROSHNI PARABIA, <br><br> Defendants. | NO: 2:19-CV-0062-TOR <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAM PARABIA |

BEFORE THE COURT is Plaintiff Red Lion Hotels Franchising, Inc.'s Notice of Voluntary Dismissal of Defendant Sam Parabia (ECF No. 9). The notice was submitted without a request for oral argument. The Court has reviewed the motion and the file herein, and is fully informed.

Plaintiff is providing notice that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Plaintiff is voluntarily dismissing Defendant Sam Parabia

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SAM PARABIA ~ 1

without prejudice.  Rule 41(a)(1)(A) provides that a plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Plaintiff has complied with Rule 41 and the claim against Sam Parabia is hereby dismissed without prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), any and all claims against the Defendant Sam Parabia are hereby **DISMISSED** without prejudice and without an award of costs or attorney's fees to either party.

The District Court Executive is hereby directed to enter this Order, terminate Defendant Sam Parabia from the case, and furnish copies to counsel.

**DATED** August 7, 2019.



THOMAS O. RICE
Chief United States District Judge