# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC.,<br>*Plaintiff*<br>v.<br>RATANSHA PARABIA and ROSHNI PARABIA,<br>a married couple,<br>*Defendant* | Civil Action No. 2:19-CV-0062-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* RED LION HOTELS FRANCHISING, INC., recover from the defendant *(name)* RATANSHA PARABIA and ROSHNI PARABIA, a married couple, the amount of Eight Hundred Eighty Eight Thousand Thirty Eight & 22 cents dollars ($ 888,038.22 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 1.55 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion for Default Judgment ECF No. 14.


Date: November 25, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen